■ In the Matter of RALPH BAKER, Petitioner, v RUTH E. SHILLINGFORD, Respondent. [40 NYS3d 916]—Proceeding pursuant to CPLR article 78, inter alia, in the nature of mandamus to compel the respondent, a Justice of the Supreme Court, Kings County, to determine the petitioner's pro se motion pursuant to CPL article 440 to vacate his judgment of conviction and to set aside his sentence in an action entitled *People v Baker*, under Kings County indictment No. 6455/11, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the proceeding is dismissed as academic, without costs or disbursements.

This proceeding has been rendered academic in light of an order of the Supreme Court, Kings County, dated April 6, 2016, which determined the petitioner's motion pursuant to CPL article 440. Eng, P.J., Austin, Roman and Cohen, JJ., concur.